Amy Wallace, Esq. (SBN 110100)
Amy.Wallace@sbcglobal.net
Edgardo Garcia, Esq. (SBN 219755)
Edgarcia@sobaylawyers.net
WALLACE & GARCIA LLP
3440 Torrance Blvd., Ste 104
Torrance, CA 90503
T: 866.398.9331
F: 888.813.5475

Attorneys for Plaintiff Leocadio Figueroa

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOCADIO FIGUEROA<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LEE BACA, DEPUTY SMITH and DOES 1 through 10, inclusive,<br><br>Defendants<br><br>Defendants. | CASE NO.: CV11-06228 DMG(FFMX)<br><br>**Certification as to Interested Parties**<br><br>[F.R.Civ.P. 7.1; L.R. 7.1-1] |

The undersigned, counsel of record for Plaintiff Leocadio Figueroa, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

<u>PLAINTIFF:</u>

1. Leocadio Figueroa;

1

DEFENDANTS:

2

1. County of Los Angeles;

3

2. Lee Baca;

4

3. Deputy Smith;

5

6

7

OTHER:

8

None known at this time.

9

DATE: 25 July 2011

Wallace & Garcia LLP

10

11

By: _____

12

AMY J. WALLACE, ESQ.

13

EDGARDO GARCIA, ESQ.

Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2