Harold G. Becks, Esq., Bar No. 59126 (hbecks@beckslaw.com)
**HAROLD G. BECKS & ASSOCIATES**
3255 Wilshire Boulevard, Suite 1734
Los Angeles, California 90010
Telephone: (213) 385-9852
Facsimile: (213) 385-1370

Attorneys for Defendants County of
Los Angeles et. al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOCADIO FIGUEROA<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LEE BACA, DEPUTY ELIZARIO PEREZ III, DEPUTY JOHN ARONSON, DEPUTY NOEL WOMACK, DEPUTY JESSE IRWIN, SERGEANT ERIC GONZALEZ and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 11-06228 DMG (FFMx)<br><br>Complaint Filed: September 7, 2011<br><br>[Assigned to the Honorable Frederick M. Mumm]<br><br>**STIPULATION REGARDING PLAINTIFF'S PHYSICAL EXAMINATION** |

Plaintiff Leocadio Figueroa ("Plaintiff"), by and through his counsel, and Defendants, County of Los Angeles, Lee Baca, Deputies Elizario Perez, Noel Womack, Jesse Irvin, John Aronson, and Sergeant Eric Gonzalez ("Defendants"), by and through their counsel, HEREBY STIPULATE AND AGREE as follows:

1. That Plaintiff Leocadio Figueroa will appear for a Physical Examination pursuant to Federal Rules of Civil Procedure Rule 35 to be conducted by Orthopedic Surgeon Jacob E. Tauber, M.D., 9033 Wilshire Boulevard, Suite 401, Beverly Hills, California 90211; (310) 273-1003 on August 7, 2012 at 1:30 p.m..

2. Defendants' Motion to Compel the Physical Examination of Plaintiff will be taken off calendar.

IT IS HEREBY SO STIPULATED:

Dated: July___, 2012           SAMUEL OGBOGU, INC.

                               By: _____
                               Robert Shtofman
                               Samuel Ogbogu
                               Attorneys for Plaintiff
                               **LEOCADIO FIGUEROA**

Dated: July ___, 2012          **HAROLD G. BECKS & ASSOCIATES**

                               By: /s/ Harold G. Becks
                               Harold G. Becks
                               Attorneys for Defendants,
                               **COUNTY OF LOS ANGELES, et. al.**

Harold G. Becks, Esq., Bar No. 59126 (hbecks@beckslaw.com)
**HAROLD G. BECKS & ASSOCIATES**
3255 Wilshire Boulevard, Suite 1734
Los Angeles, California 90010
Telephone: (213) 385-9852
Facsimile: (213) 385-1370

Attorneys for Defendants County of
Los Angeles et. al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOCADIO FIGUEROA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LEE BACA, DEPUTY ELIZARIO PEREZ III, DEPUTY JOHN ARONSON, DEPUTY NOEL WOMACK, DEPUTY JESSE IRWIN, SERGEANT ERIC GONZALEZ and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 11-06228 DMG (FFMx)<br><br>Complaint Filed: September 7, 2011<br><br>[Assigned to the HonorableFrederick M. Mumm]<br><br>**STIPULATION REGARDING PLAINTIFF'S PHYSICAL EXAMINATION** |

Plaintiff Leocadio Figueroa ("Plaintiff"), by and through his counsel, and Defendants,County of Los Angeles, Lee Baca, DeputiesElizario Perez, Noel Womack, Jesse Irvin, John Aronson, and Sergeant Eric Gonzalez("Defendants"),by and through their counsel, HEREBY STIPULATE AND AGREE as follows:

　　1.　　That Plaintiff Leocadio Figueroa will appear for a Physical Examination pursuant to Federal Rules of Civil Procedure Rule 35 to

STIPULATION REGARDING PLAINTIFF'S PHYSICAL EXAMINATION　　Page 1

be conducted by Orthopedic Surgeon Jacob E. Tauber, M.D., 9033 Wilshire Boulevard, Suite 401, Beverly Hills, California 90211; (310) 273-1003 on August 7, 2012 at 1:30 p.m..

2. Defendants' Motion to Compel the Physical Examination of Plaintiff will be taken off calendar.

IT IS HEREBY SO STIPULATED:

Dated: July 25, 2012           SAMUEL OGBOGU, INC.

                          By: _____
                              Robert Shtofman
                              Samuel Ogbogu
                              Attorneys for Plaintiff
                              **LEOCADIO FIGUEROA**

Dated: July ___, 2012          **HAROLD G. BECKS & ASSOCIATES**


                          By: _____
                              Harold G. Becks
                              Attorneys for Defendants,
                              **COUNTY OF LOS ANGELES, et. al.**

## PROOF OF SERVICE

F.R.C.P. 5(b)

I am employed in the City of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3255 Wilshire Boulevard, Suite 1734, Los Angeles, California 90010.

On July 27, 2012, I served the foregoing document described as **STIPULATION REGARDING PLAINTIFF'S PHYSICAL EXAMINATION; [PROPOSED] ORDER,** on all interested parties in this action by placing X a true and accurate copy thereof, enclosed in sealed envelopes, addressed as follows:

[ ] **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**: I caused such envelope(s) to be hand delivered to the named addressee.

[ ] **BY FACSIMILE**: The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[ X ] **BY E-FILE: (IN COMPLIANCE WITH GENERAL ORDER)** On July 27, 2012, at my place of business, a copy of the attached to:

Samuel O. Ogbogu, Esq.                                      Attorneys for Plaintiffs
SAMUEL OGBOGU, INC.
315 W. 9th Street, Suite 603
Los Angeles, California   90015
Telephone:  (213) 624-1500
Facsimile:  (213) 624-9476
Email:  sogboguinclaw@aol.com

[ ]    (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 27, 2012, at Los Angeles, California.

_____
Joni Scarlett