JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOCADIO FIGUEROA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. CV 11-6228-DMG (FFMx)<br><br>**JUDGMENT** |

This matter having come before the court for a jury trial from May 28, 2013 to June 10, 2013; the jury having rendered a verdict on the first phase on June 5, 2013 and a verdict on the second phase on June 10, 2013; and this Court having (1) struck the answer and entered the default of Defendant Eric Gonzalez on June 10, 2013 and (2) granted Plaintiff's motion for default judgment against Defendant Gonzalez on July 22, 2013,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff Leocadio Figueroa shall have and recover nothing by way of his complaint as against Defendants Elizario Perez, Jesse Irvin, Noel Womack, John Aronson, Lee Baca, and County of Los Angeles;

2. Plaintiff Leocadio Figueroa shall have and recover the following damages against Defendant Eric Gonzalez:  $31,679.00 for past medical expenses;

$100,000.00 for future medical expenses; and $188,321.00 for past non-economic loss, including physical pain and suffering, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation and emotional distress for a total damage award of $320,000.00; and

3. Each party shall bear his/its own costs incurred herein.

DATED: July 22, 2013

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE