Harold G. Becks, State Bar No. 59126
hbecks@beckslaw.com
Douglas L. Day, State Bar No. 92581
dougday@beckslaw.com
HAROLD G. BECKS & ASSOCIATES
3250 Wilshire Boulevard, Suite 708
Los Angeles, California 90010
Telephone: (213) 385-9852
Facsimile: (213) 385-1370

Attorneys for Defendant and Appellant
Sergeant Eric Gonzalez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOCADIO FIGUEROA<br><br>Plaintiff,<br><br>vs.<br>COUNTY OF LOS ANGELES; LEE BACA, DEPUTY ELIZARION PEREZ III, DEPUTY JOHN ARONSON, DEPUTY NOEL WOMACK, DEPUTY JESSE IRVIN, SERGEANT ERIC GONZALEZ and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. CV 11-06228 DMG (FFMx)<br><br>[Assigned to the Honorable Dolly M. Gee]<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Sergeant Eric Gonzalez hereby appeals in the above-named case to the United States Court of Appeals for the Ninth Circuit from the Order Re: Plaintiff's Motion For Award of Attorneys' Fees (entered on July 7, 2014).

1

**NOTICE OF APPEAL**

DATED: July 28, 2014

By: /s/
HAROLD G. BECKS
DOUGLAS L. DAY
HAROLD G. BECKS & ASSOCIATES
Attorneys for Defendant and Appellant
SERGEANT ERIC GONZALEZ

2

**NOTICE OF APPEAL**

# PROOF OF SERVICE

**F.R.C.P. 5(b)**

I am employed in the City of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3255 Wilshire Boulevard, Suite 1734, Los Angeles, California 90010.

On July 29. 2014, I served the foregoing document described as **NOTICE OF APPEAL,** on all interested parties in this action by placing **X** a true and accurate copy thereof, enclosed in sealed envelopes, addressed as follows:

[ ] **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**: I caused such envelope(s) to be hand delivered to the named addressee.

[ ] **BY FACSIMILE**: The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[ ] **BY ELECTRONIC MAIL**: I transmitted said document (s) to the persons (s) set forth in the service list by transmitting via pdf to the following email addresses: sogboguinclaw@aol.com

[ X ] **BY E-FILE: (IN COMPLIANCE WITH GENERAL ORDER)** On July 29, 2014, at my place of business, a copy of the attached to:

SEE ATTACHED SERVICE LIST

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2014, at Los Angeles, California.

_____
John Scarlett

SERVICE LIST

Samuel O. Ogbogu, Esq.
**SAMUEL OGBOGU, INC.**
4311 Wilshire Boulevard, Suite 308
Los Angeles, California 90010
Telephone: (213) 624-1500
Facsimile: (213) 624-9476
Email: sogboguinclaw@aol.com


Gary S. Casselman, Esq.
**Law Offices of Gary S. Casselman**
3415 S. Sepulveda Boulevard, Suite 100
Los Angeles, California   90034
Telephone;   (310) 314-4444
Facsimile    (310) 314-4447
Email:   garycasselman@gmail.com

Robert Scott Shtofman, Esq.
**Law Offices of Robert Scott Shtofman**
18034 Ventura Boulevard, Suite 296
Encino, California   91316
Telephone:   (818) 609-0090
Facsimile:   (818) 609-1977
Email:   rshtofman@gmail.com

*Attorneys for Plaintiff, Leocadio Figueroa*