# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEOCADIO FIGUEROA,

               Plaintiff,

     v.

COUNTY OF LOS ANGELES, et al.,

               Defendants.

Case No. CV 11-6228-DMG (FFMx)

**AMENDED JUDGMENT**

This matter having come before the court for a jury trial from May 28, 2013 to June 10, 2013 and this Court having granted Defendant Gonzalez's motion for summary judgment on July 23, 2018,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered against Plaintiff Leocadio Figueroa and in favor of Defendants Elizario Perez, Jesse Irvin, Noel Womack, John Aronson, Eric Gonzalez, Lee Baca, and County of Los Angeles; and

2. The parties shall bear their own costs incurred herein.

DATED: July 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE